608 A.2d 355

IN THE MATTER OF FAHEEM J. RASHEED,
AN ATTORNEY AT LAW.

July 14, 1992.

## ORDER

FAHEEM J. RASHEED of NEWARK who was admitted to the bar of this State in 1988, having pleaded guilty to aggravated manslaughter (*N.J.S.A.* 2C:11–4), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–6(a), FAHEEM J. RASHEED is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that FAHEEM J. RASHEED be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that FAHEEM J. RASHEED comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.